AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 10-cv-9609 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JERRY LITWIN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/16/2011 | *[signature]* |
| Date | Signature |
| | Harley J. Schnall     HS-7341 |
| | Print Name     Bar Number |
| | 711 West End Avenue |
| | Address |
| | New York    New York    10025 |
| | City    State    Zip Code |
| | (212) 678-6546     (212) 678-0322 |
| | Phone Number     Fax Number |