UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JERRY LITWIN, individually and on  :
behalf of all others similarly     :
situated,                          :
                                   :    10 Civ. 9609 (JSR)
                Plaintiff,         :
                                   :    ORDER
        -v-                        :
                                   :
CHASE BANK USA, N.A.,              :
                                   :
                Defendant.         :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

Pending before the Court is defendant's motion to dismiss plaintiff's complaint in the above-captioned case. After full consideration of the parties' briefs and oral argument, the Court hereby grants the motion in its entirety. However, final judgment dismissing the complaint will not be entered until the Court issues an Opinion setting forth the reasons for this ruling. In the interim, further proceedings in the case are stayed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         May 3, 2011